PANISH, SHEA & BOYLE, LLP
LAWYERS
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CALIFORNIA 90025
TEL: (310) 477-1700
FAX: (310) 477-1699
BRIAN J. PANISH, STATE BAR NO. 116060
ADAM K. SHEA, STATE BAR NO. 166800
KEVIN R. BOYLE, STATE BAR NO. 192718

SHELDON MAK ROSE & ANDERSON PC
LAWYERS
100 EAST CORSON STREET, THIRD FLOOR
PASADENA, CALIFORNIA 91103
TEL: (626) 796-4000
FAX: (626) 795-6321
JEFFREY G. SHELDON, STATE BAR NO. 67516
A. ERIC BJORGUM, STATE BAR NO. 198392

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff Positive Ions, Inc.

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| POSITIVE IONS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> ION MEDIA NETWORKS, INC., PAXSON COMMUNICATIONS CORP., and DOES 1-10, <br><br> Defendants. | CASE NO. CV06-4296 ABC (FFMx) <br><br> Assigned to: Hon. Audrey B. Collins <br> Courtroom 680 <br> Roybal Federal Building, 255 East Temple St., Los Angeles, CA 90012 <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE CASE** |

A settlement was reached and placed on the record on November 14, 2007 and expressly agreed to by authorized representatives of the parties. Accordingly, and in reliance thereon, IT IS HEREBY STIPULATED by and between plaintiff Positive Ions, Inc. and defendants, ION MEDIA NETWORKS, INC. and PAXSON COMMUNICATIONS CORP., through their designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a) in its entirety.

The Court has ordered that it will retain jurisdiction to enforce the terms of the settlement.

Dated: November 21, 2007        PANISH, SHEA & BOYLE

By: _____
Kevin R. Boyle
Attorneys for Plaintiff

Dated: November 21, 2007        SHELDON, MAK, ROSE & ANDERSON

By: _____
A. Eric Bjorgum
Attorneys for Plaintiff

Dated: November 21, 2007        MAYER BROWN LLP

By: _Steve E. Rich_____
Neil M. Soltman
Fredrick S. Levin
Steven E. Rich
Attorneys for Defendants

PANISH, SHEA & BOYLE, LLP
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CALIFORNIA 90025